IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANICISHA WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:25-cv-02631-N-BT |
| | § | |
| METHODIST HEALTH SYSTEM, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. The Court **DENIES** Defendant Methodist Health System's motion to dismiss. By separate judgment, the Court **GRANTS** the Mairura Family Foundation's motion to dismiss and **DISMISSES** Plaintiff's claims against the Mairura Family Foundation with prejudice; **GRANTS** Dr. Edward Mairura's motion to dismiss and **DISMISSES** Plaintiff's claims against Dr. Mairura with prejudice; and *sua sponte* **DISMISSES** without prejudice Plaintiff's claims against Brenna Wright, Marisol Estrada, Ronald Roberson, and Marvyn Davis.

**SO ORDERED** this 28th day of August, 2026.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE